**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Roland C. Wharton<br>                  Debtor | CHAPTER 13 |
| PNC Bank, National Association<br>                  Movant<br>    vs.<br>Roland C. Wharton<br>                  Debtor | NO. 14-15727 JKF |
| William C. Miller Esq.<br>                  Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this 10th day of February, 2017 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of ~~all proceedings~~ is granted and the Automatic Stay of ~~all proceeding~~, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1825 North 52nd Street, Philadelphia, PA 19131 ("Property"), as to Movant, its successors or assignees.

*/s/ Jean K. FitzSimon*

United States Bankruptcy Judge.

Roland C. Wharton
1825 N. 52nd Street 1-F
Philadelphia, PA 19131

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532