United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 14-15727-jkf
Roland C. Wharton                                                               Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1          Date Rcvd: Feb 11, 2017
                             Form ID: pdf900          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2017.
db             +Roland C. Wharton,    1825 N. 52nd Street 1-F,    Philadelphia, PA 19131-3310
cr             +NCEP, LLC,    P.O. Box 165028,    Irving, TX 75016-5028
cr             +NCEP, LLC by AIS Data Services, LP as agent,    PO Box 165028,    Irving, TX 75016-5028
cr             +U.S. Department of HUD c/o Novad Mangement Consult,    Shepherd's Mall,    2401 NW 23rd Street,
                Suite 1A,   Oklahoma City, OK 73107-2423
13437735       +PNC Mortgage,    Attn: Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
13349462       +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Feb 11 2017 06:57:50       City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 11 2017 06:56:35
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 11 2017 06:57:27       U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2017 04:49:37       Synchrony Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
                                                                                          TOTAL: 4

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Novad Managment Counsulting, LLC
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2017 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          DAVID M. OFFEN    on behalf of Debtor Roland C. Wharton dmo160west@gmail.com,
           davidoffenecf@gmail.com
          SHERRI J. BRAUNSTEIN    on behalf of Creditor    U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE
           sbraunstein@udren.com,  vbarber@udren.com
          THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                          TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Roland C. Wharton

Debtor | CHAPTER 13

PNC Bank, National Association

Movant

vs.

NO. 14-15727 JKF

Roland C. Wharton

Debtor

William C. Miller Esq.

Trustee | 11 U.S.C. Sections 362

### ORDER

      AND NOW, this   10th day of February      , 2017 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

      ORDERED THAT: The Motion for Relief from the Automatic Stay of XXXXXXXXXXX is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1825 North 52nd Street, Philadelphia, PA 19131 ("Property"), as to Movant, its successors or assignees.

                                      _____

                                        United States Bankruptcy Judge.

Roland C. Wharton
1825 N. 52nd Street 1-F
Philadelphia, PA 19131

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532