United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 14-15727-jkf
Roland C. Wharton                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: John           Page 1 of 2          Date Rcvd: Aug 24, 2017
                           Form ID: pdf900       Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2017.
db            +Roland C. Wharton,    1825 N. 52nd Street 1-F,    Philadelphia, PA 19131-3310
cr            +NCEP, LLC by AIS Data Services, LP as agent,    PO Box 165028,   Irving, TX 75016-5028
cr            +U.S. Department of HUD c/o Novad Mangement Consult,    Shepherd's Mall,    2401 NW 23rd Street,
               Suite 1A,   Oklahoma City, OK 73107-2423
13446922       American InfoSource LP as agent for,    DIRECTV, LLC,   PO Box 51178,
               Los Angeles, CA  90051-5478
13349449      +Aspire,   Po Box 105555,    Atlanta, GA 30348-5555
13349451      ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,   Richmond, VA 23285)
13394102       Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
13349454       Internal Revenue Service,    Attn: Special Procedures,   6th and Arch Streets,
               Philadelphia, PA 19106
13349455      +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13561280      +NCEP, LLC,   P.O. Box 165028,    Irving, TX 75016-5028
13573165      +NCEP, LLC,   by AIS Data Services, LP as agent,    PO Box 165028,    Irving, TX 75016-5028
13349459      +PECO,   PO Box 13437,    Philadelphia, PA 19101-3437
13437735      +PNC Mortgage,   Attn: Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
13349460       Phila Gas Works,   PO Box 11700,    Newark, NJ 07101-4700
13349461       Philadelphia Dept. of Streets,    PO Box 966,    Philadelphia, PA 19105-0966
13349462      +Pnc Mortgage,   6 N Main St,    Dayton, OH 45402-1908
13392235      +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
13349463      +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
13357581      +U.S. Department of HUD,    c/o Novad Management Consulting,    2401 N. W. 23rd Street,    Suite 1A,
               Oklahoma City, OK 73107-2423
13349464       Water Revenue Bureau,    1401 JFK Blvd.,    Philadelphia, PA 19102-1663

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Aug 25 2017 01:18:00    City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 25 2017 01:17:35
               Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 25 2017 01:17:56    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Aug 25 2017 01:19:04    Synchrony Bank,
               c/o Recovery Management Systems Corporation,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
13360221       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 25 2017 01:19:13
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK  73126-8941
13349450      +E-mail/Text: ACF-EBN@acf-inc.com Aug 25 2017 01:17:19    Atlantic Crd,    P O Box 13386,
               Roanoke, VA 24033-3386
13430196       E-mail/Text: bankruptcy@phila.gov Aug 25 2017 01:18:00    City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13450194      +E-mail/Text: bankruptcy@phila.gov Aug 25 2017 01:18:00
               CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    MUNICIPAL SERVICES BUILDING,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13349452      +E-mail/Text: equiles@philapark.org Aug 25 2017 01:18:15    City of Philadelphia,
               Parking Violations Branch,    P.O. Box 41818,    Philadelphia, PA 19101-1818
13349453      +E-mail/Text: bankruptcynotices@dcicollect.com Aug 25 2017 01:18:14    Diversified Consultant,
               10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
13416753       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 25 2017 01:17:52    Jefferson Capital Systems LLC,
               Po Box 7999,   Saint Cloud Mn 56302-9617
13349456       E-mail/Text: JPF-EBN@jpfryelaw.com Aug 25 2017 01:17:18    Law Office of John P. Frye, PC,
               P.O. Box 13665,    Roanoke, VA 24036-3665
13349457      +E-mail/Text: BKRMailOps@weltman.com Aug 25 2017 01:17:49    Michael Doughtery,
               325 Chestnut Street, Suite 501,    Philadelphia, PA 19106-2605
13349458      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 25 2017 01:17:47    Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13434413       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 25 2017 01:19:07
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13466874       E-mail/PDF: rmscedi@recoverycorp.com Aug 25 2017 01:19:12
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                   TOTAL: 16

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Novad Managment Counsuling, LLC

```
District/off: 0313-2          User: John              Page 2 of 2              Date Rcvd: Aug 24, 2017
                              Form ID: pdf900         Total Noticed: 36

cr*        +NCEP, LLC,  P.O. Box 165028,  Irving, TX 75016-5028
                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2017 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
          agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          DAVID M. OFFEN    on behalf of Debtor Roland C. Wharton dmo160west@gmail.com,
          davidoffenecf@gmail.com
          SHERRI J. BRAUNSTEIN    on behalf of Creditor    U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE
          sbraunstein@udren.com,  vbarber@udren.com
          THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 6
```

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROLAND C. WHARTON                           Chapter 13

                    Debtor          Bankruptcy No. 14-15727-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
                    Jean K. FitzSimon
                    Bankruptcy Judge

**Date: August 24, 2017**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
ROLAND C. WHARTON

1825 N. 52ND STREET 1-F

PHILADELPHIA, PA 19131